IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff,

No. MISC 07-0101 MCE KJM PS

    vs.

JAYSON OTTIS,

    Defendant.

FINDINGS AND RECOMMENDATIONS

_____/

    Defendant has filed a notice of removal of a state criminal prosecution. Pursuant to 28 U.S.C. § 1446(c)(4), where the notice of removal demonstrates that removal should not be permitted, the court shall make an order for summary remand. It appears from the notice of removal and the exhibits attached thereto that defendant is a private citizen. Although certain defendants in state criminal prosecutions are entitled to remove the action to federal court, defendant is not a person so authorized pursuant to 28 U.S.C. § 1442 et seq. To the extent defendant is claiming that his constitutional rights are being violated in the prosecution of the criminal action, defendant may be able to raise such challenges in a habeas action upon completion of the criminal action.

    Accordingly, IT IS HEREBY RECOMMENDED that the above-entitled action be summarily remanded to the Superior Court of California, County of Placer.

1       These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, any party may file written
4 objections with the court and serve a copy on all parties.  Such a document should be captioned
5 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
6 shall be served and filed within ten days after service of the objections.  The parties are advised
7 that failure to file objections within the specified time may waive the right to appeal the District
8 Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

9 DATED: December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

006
ottis.remcrim

2