IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEOPLE OF THE STATE OF CALIFORNIA,

    Plaintiff,

  vs.

JAYSON OTTIS,

    Defendant.

                               /

No. 2:07-mc-00101-MCE-KJM PS

ORDER

On December 18, 2007, the magistrate judge filed findings and recommendations herein which were served on defendant and which contained notice to defendant that any objections to the findings and recommendations were to be filed within twenty days. Defendant has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

///

///

///

1

1. The findings and recommendations filed December 18, 2007, are adopted in full; and

2. This action is summarily remanded to the Superior Court of California, County of Placer.

Dated: February 28, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE